FILED

2003 OCT 16  A 11: 40

US

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:01CV-1073(SRU) |
| Plaintiff | |
| v. | |
| FOUR PARCELS OF PROPERTY LOCATED AT 28-31 BOUTON STREET, NORWALK, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | October 16, 2003 |
| Defendants. | |
| [CLAIMANT: ALQUEEN BURDEN]. | |

**CERTIFICATE OF GOOD FAITH**

Undersigned counsel, in accordance with FRCP § 26(c) certifies that he has discussed with the government the relief requested in the subject motion. In addition, undersigned counsel has brought said motion to the attention of the court, which has already heard preliminary argument from the government. Said efforts demonstrate to counsel that the government is not inclined to acquiesce to the request made in the subject motion. Undersigned counsel represents, therefore, that a good faith effort has been made to satisfy the requirements of rule 26(c).

Respectfully submitted,
CLAIMANT ALQUEEN BURDEN

By _____
Robert J. Sullivan, Jr.
LAW OFFICES OF ROBERT SULLIVAN
190 Main Street
Westport, Connecticut 06880
Tel. No. 203/227-1404
Federal Bar No. CT08969

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837 Federal Bar No. CT08969

## CERTIFICATION

This is to certify that a copy hereof was mailed on October 16, 2003 to the following:

Henry K. Kopel, AUSA
Office of U.S. Attorney
157 Church Street, 23d Floor
New Haven, CT 6510

Julie G. Turbert, AUSA
Office of U.S. Attorney
157 Church Street, 23d Floor
New Haven, CT 06510

John P. Thygerson, Esq.
DePanfilis & Vallerie LLC
25 Belden Avenue
Norwalk, CT 06850

_____
Robert J. Sullivan, Jr.

-3-