01CV1073 moext

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

Plaintiff

v.

FOUR PARCELS OF PROPERTY LOCATED AT 28-31 BOUTON STREET, NORWALK, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON,

Defendants.

[CLAIMANT: ALQUEEN BURDEN].

No. 3:01CV-1073(JCH)

October 31, 2003

Motion to Enlarge Time to Complete Discovery, through Dec. 8, 2003, is granted. SO ORDERED. 11/20/03

**CLAIMANT ALQUEEN BURDEN'S MOTION TO ENLARGE TIME TO COMPLETE DISCOVERY AND SECOND MOTION FOR PROTECTIVE ORDER**

Undersigned counsel respectfully requests that the court enlarge the time fo completion of depositions in the above-referenced matter. On October 1, 2003 undersigned counsel appeared before this court with AUSA Hank Kopel. At that time the matter of additional time for completion of discovery was taken up with the court. At that time, undersigned counsel understood both parties to be in need of additiona time to complete discovery. The court was advised that the government's writter discovery had been delivered that date (October 1, 2003) and that Claimant Alqueer Burden's written discovery would be delivered two days later, October 3, 2003. The cour

ORAL ARGUMENT NOT REQUESTED