UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:01CV1073 (JCH) |
| | : | |
| FOUR PARCELS OF PROPERTY | : | |
| LOCATED AT 28-31 BOUTON | : | |
| STREET, NORWALK, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, AND | : | |
| | : | |
| Defendants. | : | |
| | : | |
| [CLAIMANT: ALQUEEN BURDEN] | : | |
| | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:01CV1086 (JCH) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 27 LINCOLN AVENUE, | : | |
| NORWALK, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, | : | |
| | : | |
| Defendant. | : | December 5, 2003 |
| | : | |
| [CLAIMANT: ALQUEEN BURDEN] | : | |

APPLICATION FOR WRIT OF HABEAS CORPUS

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Henry K. Kopel, Assistant United States Attorney, and respectfully informs this Honorable Court:

1.   The United States requests that on Tuesday, December 9, 2003, at 9:30 a.m., **DARRELL SANDERS, dob 4/18/70, INMATE #188158**, be turned over to Special Agents of the Federal Bureau of Investigation ("FBI") to give testimony under oath in a deposition in the above-captioned matters, said deposition to take place at FBI-Bridgeport, 1000 Lafayette Blvd., Suite 306, Bridgeport, CT 06604.

2.   The said person is now confined at the Osborne Correctional Institution, 100 Bilton Road, POB 100, Somers, CT 06071.

3.   It is requested that the said facility turn over the said person to Special Agents of the FBI and/or members of the Bridgeport FBI Task Force at said time and place to give testimony under oath in the above-described deposition.

WHEREFORE, your petitioner respectfully prays that the Court may issue its Writ of Habeas Corpus to the Warden of the Osborne Correctional Institution, 100 Bilton Road, POB 100, Somers, CT 06071, and to Special Agents of the FBI and members of the FBI Task Force, ordering them to produce the said person, at the said facility on Tuesday, December 9, 2003, at 9:30 a.m., and from time to time thereafter, and to keep and maintain the defendant in federal custody until such time as he may be returned to the custody of the Osborne Correctional Institution under proper,

safe and secure conduct.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____

HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY
FED. BAR NO. ct24829
157 CHURCH STREET, 23d FLOOR
NEW HAVEN, CT  06510
(203) 821-3769

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, OSBORNE CORRECTIONAL INSTITUTION, 100 BILTON ROAD, POB 100, SOMERS, CONNECTICUT 06071, AND THE FEDERAL BUREAU OF INVESTIGATION FOR THE DISTRICT OF CONNECTICUT, G R E E T I N G S:

You are hereby commanded to turn over to Special Agents of the FBI and/or members of the FBI Task Force in the District of Connecticut, or any of his proper deputies, the body of **DARRELL SANDERS, dob 4/18/70, INMATE #188158,** now detained under your custody as it is said, under safe and secure conduct, to give sworn testimony in a deposition in the matters of <u>U.S. v. Four Parcels of Property at 28-32 Bouton Street, et al.,</u> No. 3:01CV1073 and <u>U.S. v. One Parcel of Property at 27 Lincoln Ave., et al.,</u> No. 3:01CV1086, on Tuesday, December 9, 2003, at 9:30 a.m., and from time to time thereafter, Special Agents of the FBI and/or members of the FBI Task Force are to keep and maintain the said person in federal custody until such time as he may be returned to the custody of the Osborne Correctional Institution.


KEVIN F. ROWE


_____
DEPUTY CLERK, U.S. DISTRICT COURT

The foregoing Writ is hereby allowed. Dated at Bridgeport, Connecticut, this _____ day of December, 2003.


_____
HON. JANET C. HALL
UNITED STATES DISTRICT JUDGE

STATE OF CONNECTICUT          :
                             :    ss: Bridgeport, CT
COUNTY OF FAIRFIELD           :


    Personally appeared before me, HENRY K. KOPEL, ASSISTANT

UNITED STATES ATTORNEY for the District of Connecticut, to me

known, who, on oath, states that he has read the foregoing

application, that he is familiar with the content of the same, and

that the same is true of his own knowledge, except as to such

matters therein alleged on information and belief, and as to such

matters, he believes them to be true.


            Subscribed to and sworn before me this
_____ day of _____, 2003.




_____
            KARI A. DOOLEY, ESQ.
      COMMISSIONER OF THE SUPERIOR COURT