```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,         :
                                  :
                Plaintiff,        :
                                  :
        v.                        :    Civil No. 3:01CV1073 (JCH)
                                  :
FOUR PARCELS OF PROPERTY          :
LOCATED AT 28-31 BOUTON           :
STREET, NORWALK, CONNECTICUT,     :
WITH ALL APPURTENANCES AND        :
IMPROVEMENTS THEREON, AND         :
                                  :
                Defendants.       :
                                  :
[CLAIMANT:  ALQUEEN BURDEN]       :
                                  :
                                  :
UNITED STATES OF AMERICA,         :
                                  :
                Plaintiff,        :
                                  :
        v.                        :    Civil No. 3:01CV1086 (JCH)
                                  :
ONE PARCEL OF PROPERTY            :
LOCATED AT 27 LINCOLN AVENUE,     :
NORWALK, CONNECTICUT,             :
WITH ALL APPURTENANCES AND        :
IMPROVEMENTS THEREON,             :
                                  :
                Defendant.        :    December 9, 2003
                                  :
[CLAIMANT:  ALQUEEN BURDEN]       :
```

APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

    Comes now the United States of America, prosecuting in its own sovereign right and behalf by James J. Finnerty, Assistant United States Attorney, and respectfully informs this Honorable Court:

    1.  The United States requests that on Monday, December 15, 2003, at 9:00 a.m., **CHARLESTON GUYTAN, aka "RICKY" GUYTAN, dob**

**3/8/65, INMATE #303945,** be turned over to Special Agents of the Federal Bureau of Investigation ("FBI") to give testimony under oath in a deposition in the above-captioned matters, said deposition to take place at FBI-Bridgeport, 1000 Lafayette Blvd., Suite 306, Bridgeport, CT 06604.

2. **CHARLESTON GUYTAN, aka "RICKY" GUYTAN, dob 3/8/65, INMATE #303945,** has been taken into custody and detained by the United States Bureau of Immigration and Customs Enforcement, and he is now confined at the Osborne Correctional Institution, 100 Bilton Road, POB 100, Somers, CT 06071.

3. It is requested that the said facility turn over the said person to Special Agents of the FBI and/or members of the Bridgeport FBI Task Force at said time and place to give testimony under oath in the above-described deposition.

WHEREFORE, your petitioner respectfully prays that the Court may issue its Writ of Habeas Corpus to the Warden of the Osborne Correctional Institution, 100 Bilton Road, POB 100, Somers, CT 06071, and to Special Agents of the FBI and members of the FBI Task Force, ordering them to produce the said person, at the said facility on Monday, December 15, 2003, at 9:00 a.m., and from time to time thereafter, and to keep and maintain the defendant in federal custody until such time as he may be returned to the custody of the Osborne Correctional Institution under proper,

safe and secure conduct.

                    UNITED STATES OF AMERICA

                    KEVIN J. O'CONNOR
                    UNITED STATES ATTORNEY

                    _____

                    JAMES J. FINNERTY
                    ASSISTANT UNITED STATES ATTORNEY
                    FED. BAR NO. ct 15203
                    915 LAFAYETTE BOULEVARD
                    BRIDGEPORT, CT 06604
                    (203) 696-3000
                    (203) 579-5575 (fax)

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, OSBORNE CORRECTIONAL INSTITUTION, 100 BILTON ROAD, POB 100, SOMERS, CONNECTICUT 06071, AND THE FEDERAL BUREAU OF INVESTIGATION FOR THE DISTRICT OF CONNECTICUT, G R E E T I N G S:

You are hereby commanded to turn over to Special Agents of the FBI and/or members of the FBI Task Force in the District of Connecticut, or any of his proper deputies, the body of **CHARLESTON GUYTAN, aka "RICKY" GUYTAN, dob 3/8/65, INMATE #303945,** now detained under your custody as it is said, under safe and secure conduct, to give sworn testimony in a deposition in the matters of U.S. v. Four Parcels of Property at 28-32 Bouton Street, et al., No. 3:01CV1073 and U.S. v. One Parcel of Property at 27 Lincoln Ave., et al., No. 3:01CV1086, on Monday, December 15, 2003, at 9:00 a.m., at FBI-Bridgeport, 1000 Lafayette Blvd., Suite 306, Bridgeport, CT 06604, and from time to time thereafter, Special Agents of the FBI and/or members of the FBI Task Force are to keep and maintain the said person in federal custody until such time as he may be returned to the custody of the Osborne Correctional Institution.

KEVIN F. ROWE

_____
DEPUTY CLERK, U.S. DISTRICT COURT

The foregoing Writ is hereby allowed.  Dated at Bridgeport, Connecticut, this ____ day of December, 2003.

_____
HON. JANET C. HALL
UNITED STATES DISTRICT JUDGE

STATE OF CONNECTICUT        :
                            :     ss: Bridgeport, CT
COUNTY OF FAIRFIELD         :

    Personally appeared before me, JAMES J. FINNERTY , ASSISTANT UNITED STATES ATTORNEY for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the content of the same, and that the same is true of his own knowledge, except as to such matters therein alleged on information and belief, and as to such matters, he believes them to be true.

        Subscribed to and sworn before me this _____ day of _____, 2003.


_____
KARI A. DOOLEY
COMMISSIONER OF THE SUPERIOR COURT