HONORABLE ___HALL___  CT/cvjysel (January 18, 2002)
DEPUTY CLERK _BOROSKEY_  (RPTR)/ERO/TAPE _FIDANZA_

TOTAL TIME: ___ hours _10_ minutes

DATE _2-24-04_     START TIME _2:35_     END TIME _2:45_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_USA_

CIVIL NO. _01 LV 1073_
_01 CU 1086_

§
§                                         _S. REYNOLDS, H. KOPEL_
§                                                    Plaintiffs Counsel
§     ☐ SEE ATTACHED CALENDAR FOR COUNSEL
vs.    §                                    _R SULLIVAN, JOHN THYGERSON_
(01 CV 1073) USA V BOUTON ST,  §                    Defendants Counsel
01 CV 1086  USA V 27 LINCOLN AVE  §

## CIVIL JURY SELECTION/CALENDAR CALL

☑........  ☑ (call./h) Call of the Calendar held ☐ (call./set) Call of the Calendar over to _____

☐........  ☐ (jyselect./h) Jury Selection held ☐ Jury Selection continued until _____

☐.....#__  Motion _____  ☐ granted ☐ denied ☐ advisement

☐.....#__  Motion _____  ☐ granted ☐ denied ☐ advisement

☐.....#__  Motion _____  ☐ granted ☐ denied ☐ advisement

☐.....#__  Motion _____  ☐ granted ☐ denied ☐ advisement

☐........  _____  ☐ filed ☐ docketed

☐........  _____  ☐ filed ☐ docketed

☐........  _____  ☐ filed ☐ docketed

☐........  _____  ☐ filed ☐ docketed

☐........  _____ # jurors present

☐........  Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐........  Voir Dire by Court

☐........  Peremptory challenges exercised (See attached)

☐........  Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐........  Remaining jurors excused

☐........  Discovery deadline set for _____

☐........  Disposition Motions due _____

☐........  Joint trial memorandum due _____

☐........  Trial continued until _____ at _____

☐ COPY TO: JURY CLERK