UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-01-cv-1073 (JCH) |
| | : | |
| FOUR PARCELS OF PROPERTY | : | MAY 25, 2004 |
| LOCATED AT 28-31 BOUTON ST., | : | |
| NORWALK, CT, ET AL | : | |
|     Defendants | : | |

[CLAIMANT: ALQUEEN BURDEN]

### ORDER TO SHOW CAUSE

Claimant, Leslie E. Mann ("Mann") is hereby ordered to show cause no later than **JUNE 16, 2004** (in writing) why the government's Motion to Strike Mann's claim and answer for lack of standing [Dkt. No. 78] should not be granted. Failure to respond to this Order will likely result in the granting of the Motion to Strike.

The clerk is directed to provide a copy of this Order to counsel of record, including Earl I. Williams, and Leslie E. Mann (at 28 Lexington Ave., Norwalk, CT 06854).

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 25th day of May, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge