UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:01CV1073 (JCH) |
| | : | |
| FOUR PARCELS OF PROPERTY LOCATED AT 28-31 BOUTON STREET, NORWALK, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | : : : : : | |
| | : | |
| Defendant. | : | June 25, 2004 |
| | : | |
| [CLAIMANT: ALQUEEN BURDEN] | : | |

UNITED STATES OF AMERICA'S NOTICE OF FILING OF PROPOSED
<u>DECREE OF FORFEITURE</u>

_____The United States of America (the "United States") hereby files the accompanying, proposed

Decree of Forfeiture, to be issued by the Court if, and after, the Claim and Answer of Leslie E. Mann

are stricken.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


_____
HENRY K. KOPEL
Assistant U.S. Attorney
157 Church Street, 23d Floor
New Haven, CT  06510
(203) 821-3769
Federal Bar # ct24829

CERTIFICATE OF SERVICE

This is to certify that I caused a copy of the foregoing along with the accompanying, proposed Decree of Forfeiture, to be sent by first class mail, postage prepaid, and by FAX, on this 26th day of June, 2004, to:

    Robert Sullivan, Jr. Esq.
    Law Offices of Robert Sullivan
    190 Main Street
    Westport, CT 06880
    FAX: 203-226-6403

    John P. Thygerson, Esq.
    DePanfilis & Valleris LLC
    25 Belden Avenue
    Norwalk, CT 06850
    FAX: 203-847-2849

                                          Assistant U.S. Attorney