UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:01CV1073 (JCH) |
| | : | |
| FOUR PARCELS OF PROPERTY LOCATED AT 28-31 BOUTON STREET, NORWALK, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | : | |
| | : | |
| Defendant. | : | June 25, 2004 |
| | : | |
| [CLAIMANT: ALQUEEN BURDEN] | : | |

UNITED STATES OF AMERICA'S NOTICE OF FILING OF PROPOSED
ORDER DISPOSING OF CLAIM OF LESLIE E. MANN

_____The United States of America (the "United States") hereby files its proposed order disposing of Leslie E. Mann's Claim and Answer, granting the United States of America's motion to strike same for lack of standing.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

HENRY K. KOPEL
Assistant U.S. Attorney
157 Church Street, 23d Floor
New Haven, CT  06510
(203) 821-3769
Federal Bar # ct24829

CERTIFICATE OF SERVICE

This is to certify that I caused a copy of the foregoing along with the accompanying, proposed order to be sent by first class mail, postage prepaid, on this 26th day of June, 2004, to all of the below-listed recipients, as well as by FAX to the three below-listed attorneys:

Mr. Leslie E. Mann
28 Lexington Ave.
Norwalk, CT 06854

Earl I. Williams, Esq.[1]
129 Church Street
Suite 505
New Haven, CT 06510
FAX: 203-787-1880
(Former counsel for Leslie E. Mann)

Robert Sullivan, Jr. Esq.
Law Offices of Robert Sullivan
190 Main Street
Westport, CT 06880
FAX: 203-226-6403
(Counsel for Alqueen Burden)

John P. Thygerson, Esq.
DePanfilis & Valleris LLC
25 Belden Avenue
Norwalk, CT 06850
FAX: 203-847-2849
(Counsel for Alqueen Burden)

_____
Assistant U.S. Attorney

---

[1] Although Mr. Williams has advised undersigned counsel that he had ceased to represent Mr. Mann - and that to his understanding, Mr. Mann was no longer represented in this matter - this is being served upon Mr. Williams because he formerly served as counsel to Mr. Mann with respect to this claim that the government now seeks to have dismissed.