UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 JUN 28 P 5:00

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:01CV1073 (JCH) |
| FOUR PARCELS OF PROPERTY LOCATED AT 28-31 BOUTON STREET, NORWALK, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | : |
| Defendant. | : |
| [CLAIMANT: ALQUEEN BURDEN] | : |

ORDER (re Dkt. No. 78)

Upon consideration of the United States of America's Motion to Strike Leslie E. Mann's Claim and Answer for Lack of Standing ("Motion to Strike Claim"), and the representations therein, this Court on May 25, 2004 issued an Order to Show Cause directed to Leslie E. Mann, ordering that Mr. Mann show cause in writing, no later than June 16, 2004, why the Motion to Strike Claim should not be granted; and no response as of this date having been lodged by Mr. Mann, either to the Motion to Strike Claim or to the Order to Show Cause;

IT IS HEREBY ORDERED that the Motion to Strike Claim is hereby granted; and

IT IS FURTHER ORDERED that the Claim and Answer of Leslie E. Mann is hereby stricken for lack of standing.

Dated this 28th day of June, 2004, at Bridgeport, Connecticut

_____
HON. JANET C. HALL
UNITED STATES DISTRICT JUDGE