UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JUN 28 P 5:00
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:01CV1073 (JCH) |
| FOUR PARCELS OF PROPERTY LOCATED AT 28-31 BOUTON STREET, NORWALK, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | : |
| Defendant. | : |
| [CLAIMANT: ALQUEEN BURDEN] | : |

## DECREE OF FORFEITURE

On June 11, 2001, a Verified Complaint of Forfeiture against the Defendant, four parcels of property located at 28-31 Bouton Street, Norwalk, Connecticut, with all appurtenances and improvements thereon ("Defendant Property"), was filed on behalf of the Plaintiff, United States of America ("United States"). The Complaint alleges that the Defendant Property was used or intended to be used in any manner or part to commit or to facilitate the commission of a violation of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq., and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(7).

It appearing that process was fully issued in this action and returned according to law:

That on June 21, 29, and July 5, 2001, notice of this action was published in the Connecticut Post newspaper;

That on June 12, 2001, the United States Marshals Service personally served Alqueen Burden with the Verified Complaint of Forfeiture, and with an ex parte warrant for seizure of real property;

That on June 12, 2001, the United States Marshals Service personally served Les' New Moon Café with the Verified Complaint of Forfeiture, and with an ex parte warrant for seizure of real property;

That on June 15, 2001, the United States Marshals Service personally served Alqueen Burden with the Notice of Complaint for Forfeiture Against Real Property and Lis Pendens;

That on July 17, 2001, Alqueen Burden filed a claim to the Defendant Property;

That on July 24, 2001, Leslie E. Mann filed a Claim to the Defendant Property and Answer to the Verified Complaint of Forfeiture;

That on October 24, 2002, Alqueen Burden filed an Answer to the Verified Complaint of Forfeiture;

That on _June 28_, ___, 2004, this Court granted the United States's Motion to Strike Leslie E. Mann's Claim and Answer for Lack of Standing; and

That on April 23, 2004, the United States and Claimant Alqueen Burden ("the parties") entered into a Stipulation for Compromise Settlement in which Alqueen Burden agreed to the forfeiture and disposition according to law of the Defendant Property, in which the parties agreed that the Defendant Property would be offered for sale by agents/representatives of the United States Marshals Service, and that if the sale price exceeded $600,000, the United States would pay the Claimant, out of the net proceeds of the sale, at or promptly after the closing on the sale, the dollar amount of the difference between the sale price and $600,000;

Now, therefore, on motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby:

ORDERED, ADJUDGED AND DECREED that the default as to all persons having any right, title or interest in four parcels of property located at 28-31 Bouton Street, Norwalk, Connecticut, with all appurtenances and improvements thereon, be and is hereby entered herein; and it is further

ORDERED, ADJUDGED AND DECREED that the property located at 28-31 Bouton Street, Norwalk, Connecticut, with all appurtenances and improvements thereon, be forfeited to the United States of America and disposed of according to law; and it is further

ORDERED, ADJUDGED AND DECREED that:

a. The United States Marshals Service shall make arrangements to have offered for sale, the property located at 28-31 Bouton Street, Norwalk, Connecticut, with all appurtenances and improvements thereon; and

b. If the property located at 28-31 Bouton Street, Norwalk, Connecticut, with all appurtenances and improvements thereon, is sold for a price that exceeds $600,000, then the United States shall pay the Claimant Alqueen Burden, out of the net proceeds of the sale, at or promptly after the closing on the sale, the dollar amount of the difference between the sale price and $600,000.

Dated at Bridgeport, Connecticut, this 28th day of June, 2004.

HONORABLE JANET C. HALL
UNITED STATES DISTRICT JUDGE